**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TYREFE KELLY,

                       Plaintiff,

     -against-                                       21 **CIVIL** 8992 (ALC)

                                                                 **JUDGMENT**

WARDEN CARTER, et al.,

                       Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       August 18, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                 **BY:**        *K. Mango*

                                                                      **Deputy Clerk**